CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 21 2006

JOHN F. CORCORAN, CLERK
BY: /s/ H. McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT LAMONT SUTTON, ) | |
|     Petitioner, ) | Civil Action No. 7:06CV00477 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| TERRY O'BRIEN, ) | By: Hon. Jackson L. Kiser |
|     Respondent. ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner shall be **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to petitioner and counsel of record for respondent.

ENTER: This 21st day of August, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge